FILED
2014 Oct-17  AM 08:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN L. KIMERLING, et al.,**  )  <br> )  <br> **Plaintiffs,**  )  <br> )  <br> **vs.**  )  <br> )  <br> **WESTCHESTER FIRE INSURANCE**  )  <br> **COMPANY a/k/a ACE WESCHESTER**  )  <br> **FIRE INSURANCE COMPANY,**  )  <br> )  <br> **Defendants.**  ) | Civil Action Number <br> **2:14-cv-01903-AKK** |

## ORDER

Pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Plaintiffs' notice of voluntary dismissal, doc. 10, is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 17th day of October, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE